MARLER CLARK, LLP, PS
Denis W. Stearns (DS-9921)
6600 Bank of America Tower
701 Fifth Avenue
Seattle, WA 98104
Telephone No. (206) 346-1892
Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH LANGAN and LORA LANGAN, husband and wife, individually, and as the Parents and Legal Guardians of OWEN PATRICK LANGAN, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>BJ'S WHOLESALE CLUB, INC., a foreign corporation,<br><br>Defendant,<br><br>and<br><br>BJ'S WHOLESALE CLUB, INC., a foreign corporation,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>BURRIS REFRIGERATED LOGISTICS,<br><br>Third-Party Defendant,<br><br>and | Civil Action No. 04-4138(KSH)<br><br>**NOTICE, CONSENT AND ORDER OF REFERENCE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** |

| | |
|---|---|
| BURRIS REFRIGERATED LOGISTICS,<br><br>    Third-Party Defendant/Fourth-Party Plaintiff,<br><br>v.<br><br>SMITHFIELD FOODS, INC., d/b/a MOYER PACKING COMPANY, a foreign corporation, and TAYLOR PACKING CO., INC., a foreign corporation,<br><br>    Fourth-Party Defendants. | |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and FED.R.CIV.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and FED.R.CIV.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

**On Behalf of the Plaintiffs:**

_/s/ Denis Stearns_
Denis W. Stearns, Esq.
William D. Marler, Esq.
MARLER CLARK, L.L.P., P.S.
6600 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104

And:

Neil Kilstein, Esq.
Richard Kilstein, Esq.
KILSTEIN & KILSTEIN, LLC
River Drive Center 3, Suite 320
611 River Drive
Elmwood Park, NJ 07407

**On Behalf of Defendant/Third Party Plaintiff BJ's Wholesale Club:**

_____
Brian Lehrer, Esq.
GALLO, GEFFNER, FENSTER, PC
Country Club Plaza
West 115 Century Road
Paramus, NJ 07652

On Behalf of the Plaintiffs:

Denis W. Stearns, Esq.
William D. Marler, Esq.
MARLER CLARK, L.L.P., P.S.
6600 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104

And:

Neil Kilstein, Esq.
Richard Kilstein, Esq.
KILSTEIN & KILSTEIN, LLC
River Drive Center 3, Suite 320
611 River Drive
Elmwood Park, NJ 07407

On Behalf of Defendant/Third Party Plaintiff
BJ's Wholesale Club:

Brian Lehrer, Esq.
GALLO, GEFFNER, FENSTER, PC
Country Club Plaza
West 115 Century Road
Paramus, NJ 07652

On Behalf of the Third-Party Defendant/Fourth-Party Plaintiff Burris Refrigerated Logistics

*H. GC*
H. George Avery, Esq.
Scott Flynn, Esq.
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075

On Behalf of Fourth-Party Defendants Smithfield Foods, Inc. and Moyer Packing Co.

Alan M. Maxwell, Esq.
Joshua E. Swiger, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, GA 30326

On Behalf of the Fourth-Party Defendant Taylor Packing Co.

Carl Schaerf, Esq.
LESTER, SCHWAB, KATZ & DWYER, LLP
24 Lackawanna Plaza
Milburn, NJ 07041

And:

On Behalf of the Third-Party Defendant/Fourth-Party Plaintiff Burris Refrigerated Logistics

---

H. George Avery, Esq.
Scott Flynn, Esq.
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075

On Behalf of Fourth-Party Defendants Smithfield Foods, Inc. and Moyer Packing Co.

---

Alan M. Maxwell, Esq.
Joshua E. Swiger, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, GA 30326

On Behalf of the Fourth-Party Defendant Taylor Packing Co.

---

Carl Schaerf, Esq.
LESTER, SCHWAB, KATZ & DWYER, LLP
24 Lackawanna Plaza
Milburn, NJ 07041

And:

On Behalf of the Third-Party Defendant/Fourth-Party Plaintiff Burris Refrigerated Logistics

---

H. George Avery, Esq.
Scott Flynn, Esq.
McELROY, DEUTSCH, MULVANEY &
   CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075

On Behalf of Fourth-Party Defendants Smithfield Foods, Inc. and Moyer Packing Co.

---

Alan M. Maxwell, Esq.
Joshua E. Swiger, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, GA  30326

On Behalf of the Fourth-Party Defendant Taylor Packing Co.

---

Carl Schaerf, Esq.
~~LESTER, SCHWAB, KATZ & DWYER, LLP~~ Schnader
~~24 Lackawanna Plaza~~ Harrison Segal & Lewis
~~Milburn, NJ 07041~~ 140 Broadway
NY NY 10005

And:

Ralph A. Weber, Esq.
Shawn Stevens, Esq.
GASS, WEBER, MULLINS, LLC
309 North Water Street
Milwaukee, WI  53202

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to United States Magistrate Judge Patty Shwartz, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and FED.R.CIV.P. 73.

DATED December _____, 2006.                    _____
                                                United States District Judge


NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.